FILED

2026 APR 29 PM 3:57

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Regina N. Baiden<br>Plaintiff | ) | |
| | ) | Case No. 3:25-cv-01253 |
| v. | ) | Judge Waverly D. Crenshaw, Jr |
| | ) | Magistrate Judge ________________ |
| LHP Capital, LLC<br>Defendant(s). | ) | |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, HOSTILE WORK ENVIRONMENT, RETALIATION, AND FAILURE TO PAY OVERTIME (ADA – Disability Discrimination; ADEA – Age Discrimination; Title VII – Race and Sex Discrimination; Hostile Work Environment; Retaliation; FLSA Failure to Pay Overtime.

(Type of Pleading)

Plaintiff, proceeding **pro se**, states the following:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under **28 U.S.C. § 1331** because this action arises under federal law, including:

   - **Americans with Disabilities Act (ADA)**, 42 U.S.C. § 12101 et seq.
   - **Age Discrimination in Employment Act (ADEA)**, 29 U.S.C. § 621 et seq.
   - **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. § 2000e et seq.
   - **Fair Labor Standards Act (FLSA)**, 29 U.S.C. § 201 et seq.

2. Venue is proper in this District under **28 U.S.C. § 1391** because the events giving rise to this action occurred within the Middle District and Defendant conducts business here.

## II. PARTIES

3. **Plaintiff**, Regina N. Baiden, is an individual residing in Davidson County, Tennessee, over the age of 40, a qualified individual with a disability under the ADA, and a member of a protected class under Title VII.

4. **Defendant(s)**, LHP Capital LLC., is an employer within the meaning of the ADA, ADEA, Title VII, and FLSA, employing more than 15 employees and conducting business in this District.

## III. STATEMENT OF CLAIMS

5. Plaintiff performed job duties satisfactorily and met all legitimate expectations of the position.

6. Defendant subjected Plaintiff to **disability discrimination** by refusing reasonable accommodations, ignoring medical documentation, denying the interactive process, and taking adverse actions after Plaintiff disclosed medical limitations.

7. Defendant subjected Plaintiff to **age discrimination** by treating younger employees more favorably, assigning them preferred duties, overlooking Plaintiff for opportunities, and imposing harsher scrutiny and discipline because of age.

8. Defendant subjected Plaintiff to **race discrimination** by allowing disparate treatment, tolerating biased comments or conduct, applying policies inconsistently, and disciplining Plaintiff more harshly than similarly situated employees outside Plaintiff's protected class.

9. Defendant created a **hostile work environment** based on disability, age, sex, and race. Plaintiff was subjected to harassment, intimidation, derogatory remarks, unfair criticism, exclusion from opportunities, and other conduct that interfered with job performance.

10. Plaintiff engaged in **protected activity**, including reporting discrimination, requesting accommodations, and objecting to unlawful practices. Defendant retaliated by increasing scrutiny, issuing negative evaluations, altering schedules, denying opportunities, and taking other materially adverse actions.

11. Defendant violated the **FLSA** by failing to pay Plaintiff overtime wages for hours worked over forty (40) per week. Defendant required or permitted off-the-clock work, failed to maintain accurate time records, and knowingly or recklessly failed to pay legally required overtime.

12. Defendant's actions were intentional, willful, and taken with reckless disregard for Plaintiff's federally protected rights.

## IV. CAUSES OF ACTION

### COUNT I – Disability Discrimination (ADA)

Plaintiff incorporates all preceding paragraphs. Defendant discriminated against Plaintiff because of disability, denied accommodations, and took adverse actions in violation of the ADA.

### COUNT II – Age Discrimination (ADEA)

Defendant treated younger employees more favorably and took adverse actions against Plaintiff because of age, in violation of the ADEA.

### COUNT III – Race Discrimination (Title VII)

Defendant discriminated against Plaintiff based on race, including disparate treatment, unequal discipline, and denial of opportunities.

### COUNT IV – Sex Discrimination (Title VII)

Defendant discriminated against Plaintiff based on sex, including disparate treatment, unequal discipline, and denial of opportunities.

### COUNT V – Hostile Work Environment (ADA, ADEA, Title VII)

Defendant subjected Plaintiff to severe or pervasive harassment based

## RELIEF REQUESTED

Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and award the following relief:

1. **Declaratory Relief** A declaration that Defendant's actions violated the ADA, ADEA, Title VII, and FLSA.
2. **Injunctive and Equitable Relief**
   - Reinstatement to Plaintiff's former position, or
   - Front pay in lieu of reinstatement,
   - Removal of discriminatory and retaliatory records from Plaintiff's personnel file, and
   - Implementation of anti-discrimination, accommodation, and wage-compliance policies.
3. **Back Pay and Front Pay** Compensation for lost wages, lost overtime, lost benefits, and future lost earnings.

4. **Compensatory Damages** For emotional distress, mental anguish, humiliation, inconvenience, and loss of enjoyment of life.

5. **Punitive Damages** To the extent permitted under Title VII and the ADA, for Defendant's willful and malicious conduct.

6. **FLSA Damages**

   - Unpaid overtime wages,
   - Liquidated damages equal to the unpaid overtime, and
   - Any additional statutory remedies.

7. **Costs and Fees** Reasonable costs of litigation and, if Plaintiff later obtains counsel, attorney's fees.

8. **Any Other Relief** Any additional relief the Court deems just, proper, and equitable.

Regina N. Baiden
(Signature)

Regina N. Baiden
(Print Name)

1936 Berkshire Dr.
Nashville, TN 37216
(615) 305-1503
(Address & Telephone Number, if any)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) 3:25-cv-01253 has been served on:

(Name) Cc: Lindsay Willis
(Address) 900 S. Bay Street
(Address) Knoxville, TN 37902

(Name) Danny Dyer
(Address) Gentry Tipton McLemore PC
(Address) P.O. Box 1990
Knoxville, TN 37901

(Name) ______
(Address) ______
(Address) ______

(Name) NA NA
(Address) 94 Berkley Drive
(Address) Madison, TN 37115

(Name) ______
(Address) ______
(Address) ______

(Name) ______
(Address) ______
(Address) ______

(Name) ______
(Address) ______
(Address) ______

(Name) ______
(Address) ______
(Address) ______

(Name) ______
(Address) ______
(Address) ______

on the 29 day of April, 2026

Regina N. Borden
Signature