IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED
2026 MAY -6 PM 3:39
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| Regina N. Baiden<br>Plaintiff | ) | Case No. 3:25-cv-01253 |
| v. | ) | Judge Waverly D. Crenshaw, Jr |
| NHE Inc.<br>Defendant. | ) | Magistrate Judge ______ |

PLAINTIFF'S MOTION TO REOPEN CASE DUE TO CLERICAL ERROR:

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, HOSTILE WORK ENVIRONMENT, RETALIATION, AND FAILURE TO PAY OVERTIME (ADA – Disability Discrimination; ADEA – Age Discrimination; Title VII – Race Discrimination; Hostile Work Environment; Retaliation; FLSA Failure to Pay Overtime)

(Type of Pleading)

Plaintiff, proceeding pro se, states the following:

Plaintiff respectfully moves this Court to reopen the above-captioned matter pursuant to Federal Rule of Civil Procedure 60(a), or in the alternative Rule 60(b)(1), on the grounds that the case was dismissed due to a clerical error involving the docketing of Plaintiff's in forma pauperis ("IFP") application.

I. PROCEDURAL BACKGROUND

1. Plaintiff filed a Complaint alleging violations of federal anti-discrimination laws following receipt of a Notice of Right to Sue from the EEOC per:
    - Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.
    - Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621 et seq.
    - Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.
    - Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 et seq.
2. At the time of filing, Plaintiff, submitted an IFP application along with the Complaint.

3. Due to a clerical or administrative oversight, the IFP application was not docketed, and the Court subsequently dismissed the action for failure to pay the filing fee or submit an IFP application.
4. Plaintiff did, in fact, timely submit the IFP paperwork, and the failure to reflect this on the docket was not attributable to Plaintiff.

## II. LEGAL STANDARD

1. Under Fed. R. Civ. P. 60(a), the Court may correct "a clerical mistake or a mistake arising from oversight or omission" at any time.
2. Alternatively, Rule 60(b)(1) permits relief from judgment for "mistake, inadvertence, surprise, or excusable neglect."
3. Federal courts routinely reopen cases where a pro se litigant's IFP application was timely submitted but not docketed due to administrative error, as dismissal under such circumstances is not attributable to the litigant.

## III. ARGUMENT

1. The record demonstrates that Plaintiff acted diligently and complied with filing requirements by submitting the IFP application with the Complaint.
2. The failure to docket the IFP application is a clerical error, not a substantive defect.
3. Reopening the case is necessary to prevent manifest injustice and to ensure Plaintiff's claims are adjudicated on the merits, consistent with the federal courts' strong preference for resolving cases on their merits rather than on procedural technicalities—particularly where the litigant is pro se and indigent.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Reopen the case under Rule 60(a) or Rule 60(b)(1);
2. Direct the Clerk to docket the previously submitted IFP application; and
3. Grant any other relief the Court deems just and proper.

Regina N. Baiden

(Signature) Pro Se Plaintiff

Regina N. Baiden

(Print Name)

1936 Berkshire Drive

Nashville, TN 37216

(615) 305-1503

(Address & Telephone Number)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) 3:25-cv-01253 has been served on:

(Name) Mallory Gant
(Address) Jackson Lewis, PC
(Address) 15 South Main, Ste 700
Greenville, SC 29601

(Name)
(Address)
(Address)

(Name) NA NA
(Address) 94 Berkley Drive FL.2
(Address) Madison, TN 37115

(Name) Melissa A. Bishop
(Address) Jackson Lewis, PC
(Address) 15 S. Main Street Ste. 700
Greenville, SC 29601

(Name)
(Address)
(Address)

(Name) Caroline Calder
(Address) 325 Rocky Slope Road, Suite 301
(Address) Greenville, SC 29607

(Name) T. Chase Samples
(Address) Jackson Lewis P.C.
(Address) 15 South Main Street Suite 700
Greenville, SC 29601

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

on the ________ day of ________________________, 20____.

Regina N. Baiden
Signature